# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis Deliz-Torres  Cr.: 21-00245-001
PACTS #: 2870703

Name of Sentencing Judicial Officers:  THE HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Assigned Judicial Officer:  THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/24/2020

Original Offense:  Count 1: Conspiracy To Distribute and Possess with Intent to Distribute Heroin and Cocaine; 21 U.S.C. § 846, 21 U.S.C § 841(b)(1)(A), Class A Felony.
Count 2: Illegal Entry; 8 U.S.C. § 1325(a), Class B Misdemeanor.
Count 3: False Social Security Number; 42 U.S.C. § 408(a)(7)(B), Class D Felony.

Original Sentence: Time Served, 3 years supervised release

Special Conditions: Comply with ICE Instructions and Search/Seizure

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/24/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **'You must refrain from any unlawful use of a controlled substance.**<br><br>On May 7, 2021, Deliz-Torres submitted a urine sample which was positive for benzodiazepines. Furthermore, he signed an admission form admitting to the use of diazepam. |

U.S. Probation Officer Action:

Deliz-Torres is using medication he received from the Dominican Republic. He was counseled he cannot use a controlled substance unless he has a valid prescription or medical documentation from his physician. He has agreed to terminate the medication until he can obtain proper prescription and provide documentation to the probation office. The probation officer will continue to monitor and will notify the Court accordingly.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Shannan DaSilva*

By:  SHANNAN P. DASILVA
     U.S. Probation Officer

/ spd

APPROVED:

*Elisa Martinez*          5/14/2021

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

5/18/2021
Date