UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal No. 21-CR-245(CCC) |
| | : **O R D E R** |
| LUIS DELIZ-TORRES, | : |
| Defendant(s) | : |

This matter having come before the Court by Linda George, Esq., attorney for Luis Deliz-Torres, the defendant herein, requesting early termination of his probation period, and the Court having considered Defendant's request; and no objection being taken by the Assistant U.S. Attorney, Katherine Romano, and Probation's position advising that the defendant does meet the criteria for early termination;

Accordingly,

It is on this __20__ day of September , 2022;

**ORDERED** that the defendant, Luis Deliz-Torres' request for early termination from supervised release is hereby **GRANTED**.

_____
CLAIRE C. CECCHI,
UNITED STATES DISTRICT JUDGE